Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  15−28974−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Janet O. Oludoyi
   135 Sharpless Blvd
   Westampton, NJ 08060−5631

Social Security No.:
   xxx−xx−8587

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 11, 2016.

On 2/22/2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:           April 5, 2017
Time:           10:00 AM
Location:       Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: February 23, 2017
JAN: gan

                                                          Jeanne Naughton
                                                          Clerk

```
                             United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                      Case No. 15-28974-CMG
Janet O. Oludoyi                                                            Chapter 13
         Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 2          Date Rcvd: Feb 23, 2017
                               Form ID: 185                Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2017.
db             Janet O. Oludoyi,    135 Sharpless Blvd,    Westampton, NJ 08060-5631
515781832     +Capital Mgmt Maintenance,    PO Box 864964,    Orlando, FL 32886-4964
515781833      Citibank/the Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    PO Box 790040,
                Saint Louis, MO 63179-0040
515781835     +Convergent Outsourcing,    800 Sw 39th St,    Renton, WA 98057-4975
515781837     +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
515781838     +Eos Cca,    Po Box 981008,    Boston, MA 02298-1008
515781841      McCabe, Weisberg & Conway, PC,    216 Haddon Ave Ste 303,    Haddon Township, NJ 08108-2811
515848060    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,    P.O. Box 619096,    Dallas, TX 75261-9741)
515781843     +Orange Lake Resort & Country Club,    PO Box 791362,    Baltimore, MD 21279-1362
515781845      Wells Fargo Card Ser,    1 Home Campus,    3rd Floor,    Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 23 2017 22:35:13      U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 23 2017 22:35:11      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr            +E-mail/Text: equiles@philapark.org Feb 23 2017 22:35:57      Philadelphia Parking Authority,
                701 Market St,    Philadelphia, PA 19106-2895
515781831      E-mail/Text: g20956@att.com Feb 23 2017 22:35:44      AT&T Mobility,    PO Box 537113,
                Atlanta, GA 30353-7113
515781834      E-mail/Text: equiles@philapark.org Feb 23 2017 22:35:57      City Of Philadelphia,
                PO Box 41818,   Philadelphia, PA 19101-1818
515790996      E-mail/Text: mrdiscen@discover.com Feb 23 2017 22:34:22      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
515781836     +E-mail/Text: mrdiscen@discover.com Feb 23 2017 22:34:22      Discover Fin Svcs Llc,
                Po Box 15316,   Wilmington, DE 19850-5316
515781839      E-mail/Text: cashiering-administrationservices@flagstar.com Feb 23 2017 22:35:47
                Flagstar Bank,    Attn: Bankruptcy Dept,    5151 Corporate Dr,    Troy, MI 48098-2639
515807590     +E-mail/Text: equiles@philapark.org Feb 23 2017 22:35:57      Philadelphia Parking Authority,
                701 Market St.,    Ste. 5400,    Philadelphia, PA 19106-2895
515897952      E-mail/Text: appebnmailbox@sprint.com Feb 23 2017 22:35:09      Sprint,    Attn Bankruptcy Dept,
                PO Box 7949,   Overland Park KS 66207-0949
515781844      E-mail/Text: appebnmailbox@sprint.com Feb 23 2017 22:35:09      Sprint,    PO Box 8077,
                London, KY 40742-8077
515781846      E-mail/Text: BKRMailOps@weltman.com Feb 23 2017 22:35:17      Weltman, Weinberg & Reis Co,
                325 Chestnut St Ste 501,    Philadelphia, PA 19106-2605
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515781840*     Flagstar Bank,    Attn: Bankruptcy Dept,    5151 Corporate Dr,    Troy, MI 48098-2639
515781842*   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage Llc,    Attn: Bankruptcy,    350 Highland Dr,
                Lewisville, TX 75067-4177)
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2017                                           Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Feb 23, 2017
                              Form ID: 185             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Christopher G. Cassie    on behalf of Debtor Janet O. Oludoyi ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC
               bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lee Martin Perlman    on behalf of Debtor Janet O. Oludoyi ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
                                                                                             TOTAL: 6
```