| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1:** | Janet O. Oludoyi<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–8587 |
| | | EIN: | _ _−_ _ _ _ _ _ _ |
| **Debtor 2:**<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13  10/7/15 |
| Case number: | 15–28974–CMG | Date case converted to chapter: | 7  4/19/17 |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Janet O. Oludoyi | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 135 Sharpless Blvd<br>Westampton, NJ 08060–5631 | |
| 4. | **Debtor's attorney**<br>Name and address | Christopher G. Cassie<br>Law Office of Lee M. Perlman<br>1926 Greentree Road<br>Suite 100<br>Cherry Hill, NJ 08003 | Contact phone (856) 751–4224 |
| 5. | **Bankruptcy trustee**<br>Name and address | Catherine E. Youngman<br>Catherine E. Youngman, Ch. 7 Trustee<br>49 Market Street<br>Morristown, NJ 07960–5122 | Contact phone 973–992–4800 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br><br>Additional information may be available at the Court's Web Site: www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 609–858–9333<br><br>Date: 4/20/17 |
| **7. Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **May 19, 2017 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>- if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/18/17** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
District of New Jersey

In re:                                                                         Case No. 15-28974-CMG
Janet O. Oludoyi                                                               Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 2             Date Rcvd: Apr 20, 2017
                             Form ID: 309A            Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2017.
```
db              Janet O. Oludoyi,   135 Sharpless Blvd,   Westampton, NJ 08060-5631
aty            +Lee Martin Perlman,   Lee M. Perlman,   1926 Greentree Road,   Suite 100,
                 Cherry Hill, NJ 08003-1100
tr              Catherine E. Youngman,   Catherine E. Youngman, Ch. 7 Trustee,   49 Market Street,
                 Morristown, NJ 07960-5122
515781832      +Capital Mgmt Maintenance,   PO Box 864964,   Orlando, FL 32886-4964
515781833       Citibank/the Home Depot,   Citicorp Credit Srvs/Centralized Bankrup,   PO Box 790040,
                 Saint Louis, MO 63179-0040
515781838      +Eos Cca,   Po Box 981008,   Boston, MA 02298-1008
516715762       MTGLQ INVESTORS, L.P.,   c/o Shellpoint Mortgage Serving,   PO Box 10826,   SC 29603-0826
516715763      +MTGLQ INVESTORS, L.P.,   c/o Shellpoint Mortgage Serving,   PO Box 10826,   SC 29603-0826,
                 MTGLQ INVESTORS, L.P.,   c/o Shellpoint Mortgage Serving 29603-0826
515781841       McCabe, Weisberg & Conway, PC,   216 Haddon Ave Ste 303,   Haddon Township, NJ 08108-2811
515848060     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage LLC,   P.O. Box 619096,   Dallas, TX 75261-9741)
515781843      +Orange Lake Resort & Country Club,   PO Box 791362,   Baltimore, MD 21279-1362
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: ecf@newjerseybankruptcy.com Apr 20 2017 23:14:16     Christopher G. Cassie,
                 Law Office of Lee M. Perlman,   1926 Greentree Road,   Suite 100,   Cherry Hill, NJ 08003
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 20 2017 23:15:02     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 20 2017 23:15:00     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515781831       EDI: CINGMIDLAND.COM Apr 20 2017 22:48:00     AT&T Mobility,   PO Box 537113,
                 Atlanta, GA 30353-7113
515781834       E-mail/Text: equiles@philapark.org Apr 20 2017 23:15:46     City Of Philadelphia,
                 PO Box 41818,   Philadelphia, PA 19101-1818
515781835      +EDI: CONVERGENT.COM Apr 20 2017 22:53:00     Convergent Outsourcing,   800 Sw 39th St,
                 Renton, WA 98057-4975
515790996       EDI: DISCOVER.COM Apr 20 2017 22:53:00     Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH 43054-3025
515781836      +EDI: DISCOVER.COM Apr 20 2017 22:53:00     Discover Fin Svcs Llc,   Po Box 15316,
                 Wilmington, DE 19850-5316
515781837      +EDI: TSYS2.COM Apr 20 2017 22:53:00     Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
515781839       E-mail/Text: cashiering-administrationservices@flagstar.com Apr 20 2017 23:15:37
                 Flagstar Bank,   Attn: Bankruptcy Dept,   5151 Corporate Dr,   Troy, MI 48098-2639
515807590      +E-mail/Text: equiles@philapark.org Apr 20 2017 23:15:47     Philadelphia Parking Authority,
                 701 Market St.,   Ste. 5400,   Philadelphia, PA 19106-2895
515897952       EDI: NEXTEL.COM Apr 20 2017 22:48:00     Sprint,   Attn Bankruptcy Dept,   PO Box 7949,
                 Overland Park KS 66207-0949
515781844       EDI: NEXTEL.COM Apr 20 2017 22:48:00     Sprint,   PO Box 8077,   London, KY 40742-8077
515781845       EDI: WFFC.COM Apr 20 2017 22:53:00     Wells Fargo Card Ser,   1 Home Campus,   3rd Floor,
                 Des Moines, IA 50328-0001
515781846       E-mail/Text: BKRMailOps@weltman.com Apr 20 2017 23:15:04     Weltman, Weinberg & Reis Co,
                 325 Chestnut St Ste 501,   Philadelphia, PA 19106-2605
                                                                                              TOTAL: 15
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
515781840*      Flagstar Bank,   Attn: Bankruptcy Dept,   5151 Corporate Dr,   Troy, MI 48098-2639
515781842*    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage Llc,   Attn: Bankruptcy,   350 Highland Dr,
                 Lewisville, TX 75067-4177)
                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Apr 20, 2017
                              Form ID: 309A            Total Noticed: 26
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 20, 2017 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Catherine E. Youngman    cyoungman@foxrothschild.com,
           NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
          Christopher G. Cassie    on behalf of Debtor Janet O. Oludoyi ecf@newjerseybankruptcy.com,
           lmpcourt@gmail.com
          Denise E. Carlon    on behalf of Creditor   NATIONSTAR MORTGAGE LLC
           bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor   Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Lee Martin Perlman    on behalf of Debtor Janet O. Oludoyi ecf@newjerseybankruptcy.com,
           lmpcourt@gmail.com
                                                                                            TOTAL: 6
```