UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon
KML Law Group, PC
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
MTGLQ Investors, L. P.

In Re:
Oludoyi, Janet O.

Order Filed on July 18, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:    15-28974 CMG

Hearing Date: 07/18/2017

Judge: Christine M. Gravelle

Recommended Local Form:    ☐ Followed    ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: July 18, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of <u>MTGLQ Investors, L. P.</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

  **Land and premises commonly known as, 135 Sharpless Boulevard, Westampton NJ 08060**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

Movant may pursue any and all loss mitigation options with respect to the Debtor(s) or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Janet O. Oludoyi  
     Debtor

Case No. 15-28974-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 19, 2017  
                          Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2017.  
db          Janet O. Oludoyi,    135 Sharpless Blvd,    Westampton, NJ   08060-5631

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2017                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2017 at the address(es) listed below:  
        Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com  
        Catherine E. Youngman     cyoungman@foxrothschild.com,  
        NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com  
        Christopher G. Cassie     on behalf of Debtor Janet O. Oludoyi ecf@newjerseybankruptcy.com,  
        lmpcourt@gmail.com  
        Denise E. Carlon     on behalf of Creditor    MTGLQ Investors, L. P. dcarlon@kmllawgroup.com,  
        bkgroup@kmllawgroup.com  
        Denise E. Carlon     on behalf of Creditor    NATIONSTAR MORTGAGE LLC  
        bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com  
        Denise E. Carlon     on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,  
        bkgroup@kmllawgroup.com  
        Lee Martin Perlman     on behalf of Debtor Janet O. Oludoyi ecf@newjerseybankruptcy.com,  
        lmpcourt@gmail.com  
                                                                                                                     TOTAL: 7