UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  JANET O. OLUDOYI                    Case No.: 15-28974 (CMG)

Chapter: 7

Judge:    Christine M. Gravelle

**NOTICE OF PROPOSED ABANDONMENT**

Catherin E. Youngman, Chapter 7 Trustee in this case proposes to abandon Property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> Clarkson S. Fisher US Courthouse
> 402 East State Street
> Trenton, NJ  08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on August 29, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3.  If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
> Primary Residence
> value $   205,000.00
>
> 135 Sharpless Blvd
> Westampton, NJ

> Liens on property:
>
> Mortgage:  $ 359,197.39

> Amount of equity claimed as exempt:
>
> $ 100.00

Objections must be served on, and requests for additional information directed to:
Name:         Catherine E. Youngman, Esq, Fox Rothschild, LLP
Address:      49 Market Street, Morristown, NJ  07960
Telephone No.: 201-992-4800

50275887.v1

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 15-28974-CMG
Janet O. Oludoyi                                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Aug 02, 2017
                              Form ID: pdf905          Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2017.
```
db              Janet O. Oludoyi,    135 Sharpless Blvd,    Westampton, NJ  08060-5631
515781832      +Capital Mgmt Maintenance,    PO Box 864964,    Orlando, FL 32886-4964
515781833       Citibank/the Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    PO Box 790040,
                 Saint Louis, MO 63179-0040
515781835      +Convergent Outsourcing,    800 Sw 39th St,    Renton, WA 98057-4975
515781837      +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
515781838      +Eos Cca,    Po Box 981008,    Boston, MA 02298-1008
516715762       MTGLQ INVESTORS, L.P.,    c/o Shellpoint Mortgage Serving,    PO Box 10826,    SC  29603-0826
516715763      +MTGLQ INVESTORS, L.P.,    c/o Shellpoint Mortgage Serving,    PO Box 10826,    SC  29603-0826,
                 MTGLQ INVESTORS, L.P.,    c/o Shellpoint Mortgage Serving 29603-0826
515781841       McCabe, Weisberg & Conway, PC,    216 Haddon Ave Ste 303,    Haddon Township, NJ 08108-2811
515848060     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage Llc,     P.O. Box 619096,    Dallas, TX 75261-9741)
515781843      +Orange Lake Resort & Country Club,    PO Box 791362,    Baltimore, MD 21279-1362
515781845       Wells Fargo Card Ser,    1 Home Campus,    3rd Floor,    Des Moines, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 02 2017 23:01:12     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 02 2017 23:01:09     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: equiles@philapark.org Aug 02 2017 23:01:53     Philadelphia Parking Authority,
                 701 Market St,    Philadelphia, PA 19106-2895
515781831       E-mail/Text: g20956@att.com Aug 02 2017 23:01:40     AT&T Mobility,    PO Box 537113,
                 Atlanta, GA 30353-7113
515781834       E-mail/Text: equiles@philapark.org Aug 02 2017 23:01:53     City Of Philadelphia,
                 PO Box 41818,    Philadelphia, PA 19101-1818
515790996       E-mail/Text: mrdiscen@discover.com Aug 02 2017 23:00:32     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
515781836      +E-mail/Text: mrdiscen@discover.com Aug 02 2017 23:00:32     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
515781839       E-mail/Text: cashiering-administrationservices@flagstar.com Aug 02 2017 23:01:44
                 Flagstar Bank,    Attn: Bankruptcy Dept,    5151 Corporate Dr,    Troy, MI 48098-2639
515807590      +E-mail/Text: equiles@philapark.org Aug 02 2017 23:01:52     Philadelphia Parking Authority,
                 701 Market St.,    Ste. 5400,    Philadelphia, PA 19106-2895
515897952       E-mail/Text: appebnmailbox@sprint.com Aug 02 2017 23:01:06     Sprint,    Attn Bankruptcy Dept,
                 PO Box 7949,    Overland Park KS 66207-0949
515781844       E-mail/Text: appebnmailbox@sprint.com Aug 02 2017 23:01:06     Sprint,    PO Box 8077,
                 London, KY 40742-8077
515781846       E-mail/Text: BKRMailOps@weltman.com Aug 02 2017 23:01:15     Weltman, Weinberg & Reis Co,
                 325 Chestnut St Ste 501,    Philadelphia, PA 19106-2605
                                                                                               TOTAL: 12
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515781840*       Flagstar Bank,    Attn: Bankruptcy Dept,    5151 Corporate Dr,    Troy, MI 48098-2639
515781842*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage Llc,     Attn: Bankruptcy,    350 Highland Dr,
                 Lewisville, TX 75067-4177)
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2017                                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                    Page 2 of 2              Date Rcvd: Aug 02, 2017
                              Form ID: pdf905                Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Catherine E. Youngman     cyoungman@foxrothschild.com,
               NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
              Catherine E. Youngman     on behalf of Trustee Catherine E. Youngman cyoungman@foxrothschild.com,
               NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
              Christopher G. Cassie    on behalf of Debtor Janet O. Oludoyi ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Denise E. Carlon     on behalf of Creditor    MTGLQ Investors, L. P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon     on behalf of Creditor    NATIONSTAR MORTGAGE LLC
               bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
              Denise E. Carlon     on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lee Martin Perlman     on behalf of Debtor Janet O. Oludoyi ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
                                                                                             TOTAL: 8
```